**People of the State of Illinois, Plaintiff-Appellee,
v. William M. Jones, Defendant-Appellant.**

**Gen. No. 50,984.** ▪▪▪▪▪▪

First District, Third Division.

May 18, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James N. Gramenos and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Edward J. Downs, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**